IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

KERRY LEE STEIGERWALT – #116264

/

No. C 12-80278 WHA

**ORDER OF SUSPENSION**

Because Kerry Lee Steigerwalt has failed to respond to the order to show cause, Mr. Steigerwalt's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE